**FILED**

DEC 1 4 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN WARREN BAKER,<br><br>Defendant. | Case No. CR-17-87-BLG-SPW<br><br>ORDER ALLOWING FILING OF<br>DOCUMENT UNDER SEAL |

UPON Defendant's Motion to File Document Under Seal (Doc. 26), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. Defendant's Polygraph Examination is filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 14th day of December, 2017.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1