

FILED

DEC 2 1 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN WARREN BAKER,<br><br>Defendant. | Case No. CR-17-87-BLG-SPW<br><br>ORDER ALLOWING FILING OF<br>DOCUMENT UNDER SEAL |

UPON MOTION of the Defendant and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Psychosexual Evaluation is filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 21st day of December, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1