
FILED
MAR 0 1 2018
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-87-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| STEVEN WARREN BAKER, | |
| Defendant. | |

This matter comes before the Court on the United States' unopposed motion for a preliminary order of forfeiture (Doc. 36). On December 12, 2017, the defendant entered a plea of guilty to the Indictment filed on July 24, 2017, and defendant conceded the forfeiture of the property set forth in the Indictment. The defendant's guilty plea and defendant's concession to the forfeiture provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Defendant Steven Warren Baker's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 2253(a):

1

- a Black Dell Inspiron N5110 laptop computer, serial number CWDLWP1

THAT the United States Marshal Service, or its sub-custodian shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided bylaw;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 1st day of March, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE