
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-87-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER ALLOWING FILING OF**<br>**DOCUMENT UNDER SEAL** |
| STEVEN WARREN BAKER, | |
| Defendant. | |

UPON Defendant's Motion to File Document Under Seal (Doc. 40), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. The letter from Defendant's treatment facility, Progressive Therapy Systems, P.C. is filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this ___11___ day of April, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1