

FILED

MAY 4 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **STEVEN WARREN BAKER,** **Defendant.** | CR 17-87-BLG-SPW **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. A Preliminary Order of Forfeiture was entered on March 1, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. S 853(n)(1);

4. It further appears there is cause to issue a forfeiture order under 18

U.S.C. § 2253;

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- a black Dell Inspiron N5110 laptop computer, serial number CWDLWP1

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 4th day of May, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE